# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>Plaintiff,<br><br>v.<br><br>**ROBERT A. FUGATE**,<br>[DOB: 01/06/1992],<br><br>Defendant. | Case No. 20-3078-01-CR-S-BP<br><br>**COUNT 1**<br>21 U.S.C. § 841(a)(1) and (b)(1)(C)<br>NMT 20 Years Imprisonment<br>NMT $1 Million Fine<br>NLT 3 Years Supervised Release<br>Class C Felony<br><br>**COUNT 2**<br>18 U.S.C. § 924(c)(1)(A)<br>NLT 5 Years Imprisonment<br>NMT Life Imprisonment<br>Consecutive Sentence to All Other Counts<br>NMT $250,000 Fine<br>NMT 5 Years Supervised Release<br>Class A Felony<br><br>**COUNT 3**<br>18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>NMT 10 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony<br><br>$100 Special Assessment (All Counts) |

## I N D I C T M E N T

**THE GRAND JURY CHARGES THAT:**

## COUNT 1

On or about November 13, 2019, in Taney County, in the Western District of Missouri, the defendant, **ROBERT A. FUGATE**, knowingly and intentionally possessed, with the intent to distribute, a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT 2

On or about November 13, 2019, in Taney County, in the Western District of Missouri, the defendant, **ROBERT A. FUGATE**, knowingly possessed a firearm, that is, a Lorcin brand, L22 model, .22 caliber, semi-automatic pistol, bearing serial number 041673, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession, with intent to distribute, a mixture or substance containing a detectable amount of methamphetamine, as alleged in Count 1, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 3

On or about November 13, 2019, in Taney County, in the Western District of Missouri, the defendant, **ROBERT A. FUGATE**, knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Lorcin brand, L22 model, .22 caliber, semi-automatic pistol, bearing serial number 041673; and the

firearm was in and affecting interstate commerce. All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**A TRUE BILL.**

*/s/ Kevin Elliott*
**FOREPERSON OF THE GRAND JURY**

*/s/ Nhan Nguyen*
**NHAN D. NGUYEN**, Mo. Bar # 56877
Assistant United States Attorney

DATED: 08/25/2020
Springfield, Missouri